UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL CURTIS REYNOLDS, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:20-2178 |
| v. | : | (JUDGE MANNION) |
| WARDEN WILLIAMS, | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. Petitioner's motions for habeas corpus (Docs. 14, 21) are **DENIED**.

3. Petitioner's motion to compel (Doc. 19) is **DISMISSED** as moot.

4. Petitioner's second motion for leave to proceed *in forma pauperis* (Doc. 20), is **DISMISSED** as moot in light of this Court's December 16, 2020 Order, permitting Petitioner to proceed *in forma pauperis*. (See Doc. 7).

5. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: September 3, 2021
20-2178-01-Order